**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **NORGUARD INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:24-cv-342 (MTT)** |
| | ) | |
| **FIRE PROTECTION SERVICES, LLC,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Defendant Fire Protection Services, LLC contends that Federal Rule of Civil Procedure 26 requires Plaintiff Norguard Insurance Company's testifying experts to produce their notes regarding inspections they conducted.  Plaintiff disagrees.  The Court ordered Plaintiff to respond by May 12, 2025, stating the basis for the position that an expert's notes are not discoverable.  In response, counsel stated that "the Defendant ha[d] personally served the Plaintiff's experts with a subpoena for documents and records" pursuant to Federal Rule of Civil Procedure 45 and that "the notes regarding the observations of Plaintiff's experts will be produced."  Accordingly, if Plaintiff fails to produce the notes by Friday, June 6, 2025, then the Defendant may file a motion for sanctions.

**SO ORDERED**, this 23rd day of May, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT